# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **la' Rufus Mitchell**,<br><br>                              Plaintiff,<br><br>v.<br><br>**Michael R. Pompeo**, in his official capacity as Secretary of State,<br><br>                              Defendant. | No. 15-cv-1849 KBJ |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Christopher Radcliffe is no longer counsel of record for Defendant Michael R. Pompeo, in his official capacity as Secretary of State.

Secretary Pompeo continues to be represented in this case by Joshua Gardner and Garrett Coyle, U.S. Department of Justice, Civil Division, Federal Programs Branch.

Dated: June 6, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOSHUA E. GARDNER
Assistant Director

 /s/ *Garrett Coyle*
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20530
Tel:  (202) 616-8016
Fax:  (202) 616-8470
E-mail:  garrett.coyle@usdoj.gov

*Counsel for Defendant Secretary Pompeo*