UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LA RUFUS MITCHELL**,

    *Plaintiff,*

v.

**MICHAEL R. POMPEO**,

    *Defendant.*

Case No. 1:15-cv-01849-KBJ

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), I hereby give notice to the Clerk of Court of my appearance in this matter as counsel for Plaintiff la'Rufus Mitchell.  I am a member in good standing of the Bar of this Court.

Dated:  July 13, 2020

Respectfully submitted,

*/s/ Avery F. Pollard*
Avery F. Pollard (D.C. Bar No. 888324977)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W., Suite 1000
Washington, DC  20036
Tel: (202) 778-1800
Fax: (202) 822-8106
apollard@zuckerman.com