UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RUFUS MITCHELL,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL R. POMPEO, in his official capacity as U.S. Secretary of State,<br><br>*Defendant.* | Case No. 1:15-cv-01849-KBJ |

## JOINT STATUS REPORT

Pursuant to the parties' April 29, 2020, telephone status conference with the Court, Plaintiff la'Rufus Mitchell and Defendant Michael R. Pompeo respectfully submit this joint status report.

1. During the April 29, 2020, status conference, the Court indicated that that the Court would assist Plaintiff, who was *pro se*, in identifying potential pro bono counsel.  The Court further indicated that once Plaintiff had engaged new counsel, counsel for Plaintiff and Defendant should propose a date for a status conference to discuss a potential pre-trial and trial schedule.

2. Plaintiff has recently engaged counsel, who have entered their appearances in this case.

3. The parties respectfully notify the Court that counsel for Plaintiff and Defendant have conferred and counsel are available for a status conference on September 11th, 14th, or 15th at whatever time is convenient for the Court.

4. Accordingly, the parties jointly request that the Court schedule a status conference on September 11th, 14th, or 15th or at a subsequent date, at any time that is convenient for the Court.

Dated:  August 20, 2020                                  Respectfully submitted,

  /s/ Avery F. Pollard
Avery F. Pollard (D.C. Bar No. 888324977)
Margarita K. O'Donnell (D.C. Bar No. 1005972)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
apollard@zuckerman.com
modonnell@zuckerman.com

*Counsel for Plaintiff*


ETHAN P. DAVIS
Acting Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel

  /s/ Garrett Coyle
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8016
Fax: (202) 616-8470
E-mail: garrett.coyle@usdoj.gov

*Counsel for Defendant*