UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LA RUFUS MITCHELL,<br><br>  *Plaintiff,*<br><br>  *v.*<br><br>ANTONY J. BLINKEN, in his official capacity as U.S. Secretary of State,<br><br>  *Defendant.* | Case No. 1:15-cv-01849-KBJ |

## JOINT STATUS REPORT

Pursuant to the Court's order on April 7, 2021, Plaintiff la'Rufus Mitchell and Defendant Antony J. Blinken, in his official capacity as U.S. Secretary of State, respectfully submit this joint status report.

The mediation referral period in this case concluded on April 2, 2021. The parties engaged in good faith efforts to resolve this case through mediation, but were unable to reach a resolution. Thus, the parties respectfully request that the Court enter a pre-trial and trial schedule. The parties expect this to be a bench trial and for the trial to last 1 to 3 days. The parties have met and conferred and jointly propose the below schedule for further proceedings:

- **Trial:** While the parties are still ascertaining the availability of witnesses, the parties propose that the trial begin during the following windows, subject to the Court's availability: August 4–6, 2021; September 13–30, 2021; or October 1–22, 2021.

- **Final pretrial conference:** The parties propose that the final pretrial conference be held at least 30 days but not more than 60 days before trial. The parties are available

for the final pretrial conference except for the following dates: June 1–July 9, July 29-August 2, August 16–27, and September 9, 2021.

- **Pretrial statements (LCvR 16.5(b)) due:** 14 days before final pretrial conference
- **Motions in limine due:** 42 days before final pretrial conference
- **Responses in opposition to motions in limine due:** 28 days before final pretrial conference
- **Replies in support of motions in limine due:** 21 days before final pretrial conference
- **Statements of objections to deposition designations and exhibits (LCvR 16.5(e)) due:** 7 days before final pretrial conference
- **Responses to statements of objections to deposition designations and exhibits due:** 3 days before final pretrial conference

Subject to the Court's preferences and the reopening procedures of the U.S. District Court for the District of Columbia, the parties respectfully jointly request that the trial be held in person.

The parties propose that proposed findings of fact and conclusions of law be filed after trial. The parties respectfully submit that post-trial proposed findings would be more useful to the Court because the parties could include citations to the trial testimony and admitted exhibits supporting each proposed finding. The parties propose that proposed findings of fact and conclusions of law be due 21 days after trial ends.

| | |
|---|---|
| Dated:  April 15, 2021 | Respectfully submitted, |

    */s/ Avery F. Pollard*
Avery F. Pollard (D.C. Bar No. 888324977)
Margarita K. O'Donnell (D.C. Bar No. 1005972)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
apollard@zuckerman.com
modonnell@zuckerman.com

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Acting Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel

 */s/ Garrett Coyle*
GARRETT COYLE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8016
Fax: (202) 616-8470
E-mail: garrett.coyle@usdoj.gov

*Counsel for Defendant*